```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LARRY ST. CLAIR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 06-284-WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND REQUEST FOR |
| | ) | CONTINUANCE AND FINDING OF |
| v. | ) | EXCLUDABLE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT AND LOCAL |
| LARRY ST. CLAIR, | ) | CODE T4; ORDER EXCLUDING TIME |
| | ) | |
| Defendants. | ) | Date: September 27, 2006 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, LARRY ST. CLAIR, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference hearing set for August 23, 2006 be vacated and reset for September 27, 2006 at 9:00 a.m.

Mr. St. Clair was arraigned on July 31, 2006.  Defense counsel has recently received hundreds of pages of discovery, must review them with Mr. St. Clair, and determine investigation and motions.  The parties must meet to discuss the case and any possibility of resolution.  Both parties desire that a status conference be set on September 27, 2006 at 9:00 a.m.

The parties further stipulate and agree that time from the date of the order below until September 27, 2006, be excluded under the Speedy

1  Trial Act pursuant to Local Code T4, Title 18, United States Code,
2  Section 3161(h)(8)(B)(iv), to give defense counsel reasonable time to
3  prepare, conduct investigation, and discuss the case with the defendant
4  and the prosecutor.

5  Dated: August 17, 2006                    Respectfully submitted,

6                                            DANIEL J. BRODERICK
                                             Federal Defender
7

8                                            By /s/ Rachelle Barbour
                                             RACHELLE BARBOUR
9                                            Assistant Federal Defender
                                             Attorney for Defendant
10                                           LARRY ST. CLAIR

11

12                                           MCGREGOR SCOTT
                                             United States Attorney
13

14                                           /s/ Rachelle Barbour for
                                             JASON HITT
15                                           Assistant U.S. Attorney
                                             Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                **2**

**ORDER**

   **IT IS SO ORDERED.** The Court makes a finding of excludable time as set forth in the attached stipulation. The time between the date of this order through September 27, 2006, will be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv). The court specifically finds that a continuance is necessary to give counsel for the defendant reasonable time to prepare in this matter. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: August 18, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Order     **3**