HARRIS B. TABACK, ESQ., California Bar No. 111017
Law Offices of Harris B. Taback
345 Franklin Street, Suite 102
San Francisco, CA  94102
(415) 241-1400

FREDERICK R. REMER, ESQ., California Bar No. 52727
Law Offices of Frederick R. Remer
1260 B Street, Suite 220
Hayward, CA 94541
(510) 887-6880

Attorney for Defendant
LARRY ST. CLAIR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-06-0284 WBS/DAD |
| ) | |
| Plaintiff, ) | **APPLICATION FOR ORDER AND** |
| ) | **ORDER TO ADD DEFENDANT ON** |
| vs. ) | **TO MAGISTRATE'S CALENDAR** |
| ) | **FOR FURTHER HEARING WITH** |
| LARRY ST. CLAIR ) | **RESPECT TO DETENTION** |
| ) | |
| Defendant. ) | |

TO:  THE CLERK OF THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT, CALIFORNIA AND TO THE UNITED STATES ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF CALIFORNIA

COMES NOW Defendant LARRY ST. CLAIR, by and through undersigned counsel, who respectfully requests that he be placed on the November 17, 2006, 2:00 p.m. calendar before the Honorable Dale A. Drozd, United States Magistrate for further proceedings with respect to detention.

On July 31, 2006, Magistrate Drozd ordered ST. CLAIR detained "without prejudice to the matter being brought back before the Court with any showing, or new information with respect to those matters that I've expressed my concern." RT 14:7-10.  Counsel has recently substituted into this case and immediately began a bail investigation.  We respectfully submit that there is new information that has been obtained with respect to ST. CLAIR's circumstances that should cause this

Honorable Court to conclude that there are conditions of release that can be set that both satisfies the Bail Reform Act and the defense's burden to rebut the presumption of detention.

    Counsel has been informed by Assistant United States Attorney Jason Hitt that the United States has no objection to ST. CLAIR being placed on the 2:00 p.m. November 17, 2006, calender for further hearing regarding detention before the Honorable Magistrate Dale A. Drozd.

    For all of the above described reasons, we respectfully request that ST. CLAIR be placed on Magistrate Drozd's November 17, 2006, 2:00 p.m. calendar.

Dated: November 1, 2006                    Respectfully submitted,

                                           Law Offices of Harris B. Taback

                                           /S/    HARRIS B. TABACK
                                           HARRIS B. TABACK
                                           Attorney for LARRY ST. CLAIR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LARRY ST. CLAIR<br><br>    Defendant. | CR S-06-0284 WBS/DAD<br><br>**ORDER TO ADD DEFENDANT ON TO MAGISTRATE'S CALENDAR FOR FURTHER HEARING WITH RESPECT TO DETENTION** |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT defendant LARRY ST. CLAIR is placed on the November 17, 2006, 2:00 p.m. calendar before United States Magistrate Dale A. Drozd for further hearing regarding his detention.

Moreover, it is also ordered that the Deputy Courtroom Clerk of this Magistrate's Court inform the United States Marshal for the Eastern District of this Order.

DATED: November 1, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1/orders.criminal/st.clair0284.ord