McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-06-0284 WBS |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING THE STATUS CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| LARRY ST. CLAIR, ) | |
| Defendant. ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Larry ST. CLAIR, by and through his counsel, Harris Tayback, Esq., stipulate and agree that the currently-set status conference on November 29, 2006, should be continued to January 8, 2007, at 8:30 a.m. The parties further stipulate that the time period from November 29, 2006, up to and including the new status conference date of January 8, 2007, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to consider two new videotaped interviews recently produced that directly impact a possible trial, and evaluate the government's offer for possible mitigation of the defendant's exposure in this case.

1

For these reasons, the defendant, defense counsel, and the government agree additional time is required for the defense to effectively evaluate the posture of the case and prepare for trial in this case and, in addition, in the interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATED: November 30, 2006        By:  /s/Jason Hitt
                                              JASON HITT
                                              Assistant U.S. Attorney

DATED: November 30, 2006        By:  /s/Jason Hitt
                                              Authorized to sign for Mr. Tayback on 11-27-06
                                              HARRIS TAYBACK, Esq.
                                              Attorney for Larry ST. CLAIR

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from November 29, 2006, up to and including January 8, 2007.

DATED: November 29, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE