```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-06-0284 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | CONTINUING THE STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME |
| ) | |
| LARRY ST. CLAIR, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Larry ST. CLAIR, by and through his counsel, Harris Tayback, Esq., stipulate and agree that the currently-set status conference on January 8, 2007, should be continued to February 12, 2007, at 8:30 a.m.  The parties further stipulate that the time period from January 8, 2007, up to and including the new status conference date of February 12, 2007, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to continue discussions with the government regarding resolution of the case and continue research into a possible motion to suppress evidence.

/ / /

1

1   For these reasons, the defendant, defense counsel, and the
2 government agree additional time is required for the defense to
3 effectively evaluate the posture of the case and prepare for trial
4 in this case and, in addition, in the interests of justice under 18
5 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: January 8, 2007        By:  /s/Jason Hitt
                                   JASON HITT
                                   Assistant U.S. Attorney

DATED: January 8, 2007        By:  /s/Jason Hitt
                                   Authorized to sign for Mr.
                                   Tayback on 12-27-06
                                   HARRIS TAYBACK, Esq.
                                   Attorney for Larry ST. CLAIR

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for January 8, 2007, at 8:30 a.m. is vacated;

2. A status conference is set for February 12, 2007, at 8:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from January 8, 2007, up to and including February 12, 2007.

DATED:  January 8, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE