```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-06-0284 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| ) | CONTINUING THE STATUS |
| v. ) | CONFERENCE AND EXCLUDING TIME |
| ) | |
| LARRY ST. CLAIR, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

     Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Larry ST. CLAIR, by and through his counsel, Harris Tayback, Esq., stipulate and agree that the currently-set status conference on February 12, 2007, should be continued to April 2, 2007, at 8:30 a.m.  The parties further stipulate that the time period from February 12, 2007, up to and including the new status conference date of April 2, 2007, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act, based upon the need for defense counsel to continue discussions with the government regarding resolution of the case and continue research into a possible motion to suppress evidence.

/ / /

1

1  For these reasons, the defendant, defense counsel, and the
2 government agree additional time is required for the defense to
3 effectively evaluate the posture of the case and prepare for trial
4 in this case and, in addition, in the interests of justice under 18
5 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: February 8, 2007          By:   /s/Jason Hitt
                                       JASON HITT
                                       Assistant U.S. Attorney

DATED: February 8, 2007          By:   /s/Harris Tayback
                                       Authorized to sign for Mr.
                                       Tayback on 02-08-07
                                       HARRIS TAYBACK, Esq.
                                       Attorney for Larry ST. CLAIR

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for February 12, 2007, at 8:30 a.m. is vacated;

2. A status conference is set for April 2, 2007, at 8:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from February 12, 2007, up to and including April 2, 2007.

DATED: February 8, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE