```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>             Plaintiff,      )<br>                             )<br>       v.                    )<br>                             )<br> LARRY ST. CLAIR,            )<br>                             )<br>             Defendant.      )<br> _____) | Case Nos. CR-S-06-0284 WBS<br>           CR-S-07-0098 WBS<br><br>STIPULATION AND ~~PROPOSED~~ ORDER<br>CONTINUING THE STATUS<br>CONFERENCE AND EXCLUDING TIME |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Larry ST. CLAIR, by and through his counsel, Harris Tayback, Esq., stipulate and agree that the currently-set status conference in Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS on June 4, 2007, should be continued to August 20, 2007, at 8:30 a.m.  The parties further stipulate that the time period from June 4, 2007, up to and including the new status conference date of August 20, 2007, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act in both cases, based upon the need for defense counsel to continue discussions with the government regarding resolution of the case.  In addition, the defendant has recently received a considerable amount of new discovery based upon the newly-returned

1

1 | Indictment in Case No. CR-S-07-0098 WBS and defense counsel needs
2 | additional time to review that material.
3 |     For these reasons, the defendant, defense counsel, and the
4 | government agree additional time is required for the defense to
5 | effectively evaluate the posture of the case and prepare for trial
6 | in this case and, in addition, in the interests of justice under 18
7 | U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: May 31, 2007              By:    /s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

DATED: May 31, 2007              By:    /s/Harris Tayback
                                        Authorized to sign for Mr.
                                        Tayback on 05-30-07
                                        HARRIS TAYBACK, Esq.
                                        Attorney for Larry ST. CLAIR

2

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1.  The status conference set for Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS on June 4, 2007, at 8:30 a.m. is vacated;

2.  A status conference in Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS is set for August 20, 2007, at 8:30 a.m.; and

3.  Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from June 4, 2007, up to and including August 20, 2007, in both Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS.

DATED:  May 31, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE