```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
 5
 6
                IN THE UNITED STATES DISTRICT COURT
 7
             FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,     )   Case Nos. CR-S-06-0284 WBS
                                  )             CR-S-07-0098 WBS
10              Plaintiff,        )
                                  )   STIPULATION AND ORDER
11      v.                        )   CONTINUING THE STATUS
                                  )   CONFERENCE AND EXCLUDING TIME
12  LARRY ST. CLAIR,              )
                                  )
13              Defendant.        )
                                  )
14  _____ )
15
```

16     Plaintiff, United States of America, by its counsel, Assistant
17 United States Attorney Jason Hitt, and defendant Larry ST. CLAIR, by
18 and through his counsel, Harris Tayback, Esq., stipulate and agree
19 that the currently-set status conference in Case No. CR-S-06-0284 WBS
20 and Case No. 07-0098 WBS on December 10, 2007, should be continued to
21 January 22, 2008, at 8:30 a.m.  The parties further stipulate that
22 the time period from December 10, 2007, up to and including the new
23 status conference date of January 22, 2008, should be excluded from
24 computation of the time for commencement of trial under the Speedy
25 Trial Act in both cases, based upon the need for defense counsel to
26 continue discussions with the government regarding resolution of the
27 case.  In addition, the defendant continues to review a considerable
28 amount of discovery based upon the Indictment in Case No. CR-S-07-

1 | 0098 WBS and defense counsel needs additional time to review that
2 | material.
3 |     For these reasons, the defendant, defense counsel, and the
4 | government agree additional time is required for the defense to
5 | effectively evaluate the posture of the case and prepare for trial in
6 | this case and, in addition, in the interests of justice under 18
7 | U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

                                            Respectfully Submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED: December 7, 2007       By:  /s/Jason Hitt
                                            JASON HITT
                                            Assistant U.S. Attorney

DATED: December 7, 2007       By:  /s/Harris Tayback
                                            Authorized to sign for Mr.
                                            Tayback on 12-06-07
                                            HARRIS TAYBACK, Esq.
                                            Attorney for Larry ST. CLAIR

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS on December 10, 2007, at 8:30 a.m. is vacated;

2. A status conference in Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS is set for January 22, 2008, at 8:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from December 10, 2007, up to and including January 22, 2008, in both Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS.

DATED: December 7, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE