```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case Nos. CR-S-06-0284 WBS |
| --- | --- | --- |
| | ) | CR-S-07-0098 WBS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| v. | ) | CONTINUING THE STATUS |
| | ) | CONFERENCE AND EXCLUDING TIME |
| LARRY ST. CLAIR, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Larry ST. CLAIR, by and through his counsel, Harris Taback, Esq., stipulate and agree that the currently-set status conference in Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS on February 22, 2008, should be continued to March 31, 2008, at 9:30 a.m. The parties further stipulate that the time period from February 22, 2008, up to and including the new status conference date of March 31, 2008, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act in both cases, based upon the need for defense counsel to continue discussions with the government regarding resolution of both cases.

/ / /

1   For this reason, the defendant, defense counsel, and the
2 government agree additional time is required for the defense to
3 effectively evaluate the posture of the case and prepare for trial in
4 this case and, in addition, in the interests of justice under 18
5 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney


DATED:   February 25, 2008              By:/s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

DATED:   February 25, 2008              By:/s/Jason Hitt
                                        Authorized to sign for Mr.
                                        Taback on 02-21-08
                                        HARRIS TABACK, Esq.
                                        Attorney for Larry ST. CLAIR

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS on February 22, 2008, at 9:30 a.m. is vacated;

2. A status conference in Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS is set for March 31, 2008, at 9:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded from February 22, 2008, up to and including March 31, 2008, in both Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS.

DATED: February 22, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE