```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JASON HITT
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case Nos. CR-S-06-0284 WBS |
|---|---|---|
| | ) | CR-S-07-0098 WBS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| v. | ) | CONTINUING THE STATUS |
| | ) | CONFERENCE AND EXCLUDING TIME |
| LARRY ST. CLAIR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Larry ST. CLAIR, by and through his counsel, Harris Taback, Esq., stipulate and agree that the currently-set status conference in Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS on June 16, 2008, should be continued to July 7, 2008, at 8:30 a.m.  The parties further stipulate that the time period from June 16, 2008, up to and including the new status conference date of July 7, 2008, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act in both cases, based upon the need for defense counsel to continue discussions with the government regarding resolution of both cases.

/ / /

/ / /

1   For this reason, the defendant, defense counsel, and the
2 government agree additional time is required for the defense to
3 effectively evaluate the posture of the case and accept or reject the
4 government's final plea offer in this case and, in addition, in the
5 interests of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local
6 Code T4.

                                              Respectfully Submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: June 17, 2008        By: /s/Jason Hitt
                                              JASON HITT
                                              Assistant U.S. Attorney

DATED: June 17, 2008        By: /s/Jason Hitt
                                              Authorized to sign for Mr.
                                              Hanly on 06-12-08
                                              PATRICK HANLY, Esq.
                                              Attorney for Larry ST. CLAIR

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The status conference set for Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS on June 16, 2008, at 8:30 a.m. is vacated;

2. A status conference in Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS is set for July 7, 2008, at 8:30 a.m.; and

3. Based upon the representations and stipulation of the parties, the court finds that the time exclusion under 18 U.S.C. § 3161(h)(8)(B)(iv) applies and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded up to and including July 7, 2008, in both Case No. CR-S-06-0284 WBS and Case No. 07-0098 WBS.

DATED: June 13, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE