1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      EASTERN DISTRICT OF CALIFORNIA
10                              ----oo0oo----
11
12  UNITED STATES OF AMERICA,
                                        ORDER CR. 2:06-284 WBS
13            Plaintiff,
14       v.
15
    LARRY ST. CLAIR II,
16
              Defendant.
17  _____/
18
                                ----oo0oo----
19
20          On December 14, 2009, defendant Larry St. Clair III
21  filed a motion for return of property pursuant to Federal Rule of
22  Criminal Procedure 41(g).  The United States shall file any
23  opposition to defendant's motion no later than January 4, 2010.
24  Defendant may then file a reply no later than January 11, 2010.
25  After briefing has concluded, the court will take the matter
26  under submission pursuant to Eastern District Local Rule 78-
27  230(h).
28  ///

                                    1

1 | IT IS SO ORDERED.
2 | DATED:  December 16, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE